**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNIVERSITY MALL, LLC**                                                         **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 2:24-cv-91-TBM-MTP**

**IKECHUKWU OKORIE; ROYAL OAKS
RENTAL PROPERTIES, LLC; INLAND
FAMILY PRACTICE, LLC**                                           **DEFENDANTS**

**<u>ORDER</u>**

This matter came before the Court on University Mall, LLC's Motion for Attorney Fees

[294] and Dr. Okorie's Motion for Leave to Seek Narrow Limited Fee Discovery [301]. At the

hearing conducted on May 27, 2026, the Court considered the pleadings, the record, the oral

arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions.[1] To be

clear, all legal analysis and authority was announced from the bench and is contained in the hearing

transcript.

For all of the reasons contained in the hearing transcript:

---

[1] As previously described by this Court, and others, Dr. Okorie is a litigious *pro se* plaintiff. In the last several years, Dr. Okorie has filed more than thirty civil actions in the Southern District of Mississippi alone. The undersigned has presided over fifteen separate cases with Dr. Okorie—the vast majority of which involve the 3700 Hardy Street property; as do the other cases filed in this District involving Dr. Okorie. A Westlaw search also shows that dozens of opinions from various judges have addressed deficiencies in the claims or defenses raised by Dr. Okorie. Indeed, the undersigned has authored many of those. As a result, it is unnecessary for this Court to provide an additional written opinion on this matter. A ruling from the bench more than suffices.

To further illustrate Dr. Okorie's litigious nature, he has filed more than twenty separate appeals to the Fifth Circuit, and even a few appeals to the United States Supreme Court. In addition to filing actions in the Eastern District of Texas, Dr. Okorie has also filed actions in the state courts of Mississippi, Texas, Florida, New York, and New Jersey. Through these numerous actions, Dr. Okorie has incurred sanction warnings and sanctions orders. *University Mall, LLC v. Okorie*, No. 2:24-cv-91-KS, 2025 WL 2978874 (S.D. Miss. Oct. 22, 2025); *see also In re Okorie*, No. 19-50379-KMS, 2024 WL 5688801 (Bankr. S.D. Miss. Mar. 25, 2024), aff'd, No. 2:24-cv-51-KS-MTP, 2024 WL 4186937 (S.D. Miss. Sep. 9, 2024), aff'd, No. 24-60469, 2024 WL 4867073 (5th Cir. Nov. 22, 2024).

IT IS ORDERED that University Mall, LLC's Motion for Attorney Fees [294] is DENIED WITHOUT PREJUDICE to refiling.

IT IS FURTHER ORDERED that Dr. Okorie's Motion for Leave to Seek Narrow Limited Fee Discovery [301] is DENIED.

This, the 27th day of May, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE